UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA FRANKLIN AUSTIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.: 19cv604 JM (WVG)<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (3) GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge William V. Gallo, filed on July 28, 2020, recommending that the court grant-in-part and deny-in-part Plaintiff Debra Franklin Austin's motion for summary judgment, grant-in-part and deny-in-part Defendant Commissioner's motion for summary judgment, and remanding the case to the Social Security Administration for further proceedings. (Doc. No. 23.)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673-76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbel v. United States Dist. Ct.*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Here, neither party has timely filed objections to Magistrate Judge Gallo's R&R. (*See* Doc. No. 23 at 91 (objections due by August 14, 2020).) Having reviewed the R&R, the court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the court hereby: (1) **ADOPTS** Magistrate Judge Gallo's report and recommendation; (2) **GRANTS-IN-PART** and **DENIES-IN-PART** Plaintiff's motion for summary judgment; and (3) **GRANTS-IN-PART** and **DENIES-IN-PART** Defendant's cross-motion for summary judgment. This case is **REMANDED** to the Social Security Administration for further proceedings.

This Order concludes the litigation in this matter. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 26, 2020

_____
Hon. Jeffrey T. Miller
United States District Judge